JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
AARON B. CLARK, Assistant United States Attorney (#15404)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: michael.gadd@usdoj.gov

FILED
U.S. DISTRICT COURT
2018 FEB 21  A 10: 29
DISTRICT OF UTAH
SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOLATION: |
| vs. | COUNT 1: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute. |
| LEON WILSON, | Case: 1:18-cr-00017 |
| Defendant. | Assigned To : Benson, Dee |
|  | Assign. Date : 2/15/2018 |
|  | Description: |

The Grand Jury Charges:

### COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about January 16, 2018, in the Northern Division of the District of Utah and

elsewhere,

LEON WILSON,

the defendant herein, did knowingly and intentionally possess with intent to distribute fifty

grams or more of methamphetamine, a Schedule II controlled substance within the meaning

of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and

18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of any offense charged herein in violation of subchapter I or II of Chapter 13 in Title 21 of the United States Code, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, $907.00 USD and a MONEY JUDGMENT equal to the value of any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
MICHAEL GADD
Special Assistant United States Attorney
AARON B. CLARK
Assistant United States Attorney